IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROBERT JOSEPH ROSSO**                                                                 **PLAINTIFF**

V.                            CASE NO. 5:24-CV-5096

**SERGEANT SARAH SEARS,**
Washington County Detention Center (WCDC);
**CORPORAL JOEL MINOR, WCDC;**
**CORPORAL DAKOTA POWELL, WCDC;**
**MISTY WALTON, formerly known as Jane Doe,**
Disciplinary Hearing Officer; **JOHN OR JANE DOE,**
Supervisor, WCDC; **LT. M. ARNOLD,**
formerly known as Jane Doe, Disciplinary Hearing
Officer; and **UNKNOWN PERSON, WCDC**                                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 58) filed in this case on October 20, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 10th day of November, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE